**Fill in this information to identify the case:**

Debtor 1: Tina Rose Sjoholm

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Western District of WI (State)

Case number: 1-25-11775-cjf

---

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: Associated Bank, N.A.

Court claim no. (if known): 6

Last 4 digits of any number you use to identify the debtor's account: 3 7 2 6

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☒ No
☐ Yes. Date of the last notice: ____/____/____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 9/26/2025 | (5) | $ 1,550.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify: Attorney fees | NOPPF - 10/30/2025 | (11) | $ 200.00 |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

---

Official Form 410S2      Notice of Postpetition Mortgage Fees, Expenses, and Charges      page 1

| Debtor 1 | Tina Rose Sjoholm | Case number (if known) 1-25-11775-cjf |
|---|---|---|
| | First Name   Middle Name   Last Name | |

# Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X _____/s/ signature_____    Date 11/3/2025
Signature

Print: John A. Cravens    Title Attorney for Creditor
       First Name   Middle Name   Last Name

Company: Weld Riley, S.C.

Address: PO Box 479
         Number    Street
         Wausau, WI 54402
         City      State    ZIP Code

Contact phone (715) 845-8234    Email jcravens@weldriley.com

## CERTIFICATE OF SERVICE

In Re:    Tina Rose Sjoholm
Case No.    1-25-11775-cjf

I certify that true copies of the <u>NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES</u> was served upon the hereinafter named persons on the date shown below, by enclosing them in an adequately postpaid envelope which bore the sender's name and return address and which was addressed to each such person at his respective post office address and by depositing them in a U.S. Mailbox for delivery by First-Class U.S. Mail to:

TINA ROSE SJOHOLM
1357 19th 1/2 St
Cameron, WI 54822

Mark A. Gauthier
Miller & Miller
700 W Virginia St, Ste 605
Milwaukee, WI 53204

Dated: 11/4/25

WELD RILEY, S.C.

By: Mary Sabatke

<u>ADDRESS</u>:
500 Third Street
P.O. Box 479
Wausau, WI 54402-0479
Telephone: 715-845-8234
Fax: 715-848-1085